IH-32 Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

ASHER EPSTEIN,

| Plaintiff | Case Number |
|---|---|
| vs. | 21-cv-4470 |
| ORBCOMM, INC., JEROME B. EISENBERG, MARC J. EISENBERG, MARCO FUCHS, DENISE GIBSON, KAREN GOULD, TIMOTHY KELLEHER, and JOHN MAJOR, | |
| Defendant | |

### Full Caption of Earlier Filed Case:
(including in bankruptcy appeals the relevant adversary proceeding)

SHIVA STEIN,

| Plaintiff | Case Number |
|---|---|
| vs. | 21-cv-4289 |
| ORBCOMM INC., JEROME B. EISENBERG, MARC J. EISENBERG, MARCO FUCHS, DENISE GIBSON, KAREN GOULD, TIMOTHY KELLEHER, and JOHN MAJOR, | |
| Defendant | |

IH-32	Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed	(If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open	(If so, set forth procedural status and summarize any court rulings.)

Complaint was filed on May 12, 2021.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The later filed case arises out of the same transaction as the earlier filed case. Specifically, both cases arise from the same Merger Agreement entered into April 2, 2021 between ORBCOMM Inc. and GI Partners and allege violations of sections 14(a), 14(e), and 20(a) of the Securities Exchange Act of 1934.

Signature: s/Justin Kuehn	Date: 5/18/2021

Firm: Moore Kuehn, PLLC