UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASHER EPSTEIN,<br><br>        Plaintiff,<br><br>   v.<br><br>ORBCOMM, INC., JEROME B. EISENBERG, MARC J. EISENBERG, MARCO FUCHS, DENISE GIBSON, KAREN GOULD, TIMOTHY KELLEHER, and JOHN MAJOR,<br><br>        Defendants. | Case No.: 21-cv-4470 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 15, 2021

                                          **MOORE KUEHN, PLLC**

                                          */s/Justin Kuehn*
                                          Justin A. Kuehn
                                          Fletcher W. Moore
                                          30 Wall Street, 8th floor
                                          New York, New York 10005
                                          Tel: (212) 709-8245
                                          jkuehn@moorekuehn.com
                                          fmoore@moorekuehn.com

                                          *Attorneys for Plaintiff*